# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDDIE KING, JR.

NO.  2020 KW 0086

**APR 2 8 2020**

---

In Re:  Freddie King, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-89-0870

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT